IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**

\*

vs.　　　　　　　　　　　　　　　　Case No.　GLR-20-0350

\*

**ANDRE DAVIS**

\*

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by __Gary Proctor, Esq.__, and the Government was represented by Assistant United States Attorney __Peter Martinez__, it is

**ORDERED,** this __26th__ day of __October__ __2020__, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

　　　　　　　　　　　　　　　　　　　_/s/ Beth P. Gesner_
　　　　　　　　　　　　　　　　　　　Beth P. Gesner
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge