# TERESA WHALEN
**ATTORNEY AT LAW**
801 WAYNE AVENUE
SUITE 400
SILVER SPRING, MARYLAND 20910

Admitted to Practice:  E-Mail:Whalenesq@aol.com
   Maryland  Telephone (301) 588-1980
District of Columbia  MOBILE (301) 728-2905

December 28, 2020

Honorable Thomas M. DiGirolamo
United States Magistrate Judge
6600 Cherrywood Lane
Greenbelt, MD 20770

     Re:  *United States v. Andre Davis*, 20-350

Dear Judge DiGirolamo:

     I write to respond to the government's letter purporting to be a courtesy letter, but instead appears to be a communication for purposes other than to simply give the court a status.  The letter calls into question Mr. Davis's motives based upon his attorney's actions and characterizes, without properly responding to, a motion filed on his behalf.  Mr. Davis consented to detention when he was represented by his first attorney.  I have filed a motion to set conditions of release and as usual, requested the earliest hearing possible. Chambers learned and notified the parties that Howard County Detention Center needs two weeks notification to set a hearing. We have requested and still do request a hearing to present reasons why conditions of release are appropriate in this case.  Of course, they cannot be acted upon until such time as my client is released on the state case that is pending in Baltimore City Circuit Court.

     Thank you for your consideration of this matter.

                        Very truly yours,

                        *Teresa Whalen*

                        Teresa Whalen